1022

[No. 46721-2-I. Division One. September 24, 2001.]

BRIAN E. MOLL, *Appellant*, v. GALE SMITH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-06384-8, entered May 23, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Kennedy, JJ.

[No. 47005-1-I. Division One. September 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT MOUNTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08994-1, Nicole MacInnes, J., entered July 10, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47214-3-I. Division One. September 24, 2001.]

DA-WEI LU, ET AL., *Respondents*, v. LAKE FOREST PARK ASSOCIATES, L.L.C., ET AL., *Defendants*, THE BETHEL EVANGELICAL FREE CHURCH OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27057-8, Steven G. Scott, J., entered August 2, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Cox, JJ.

[No. 47302-6-I. Division One. September 24, 2001.]

HANOVER INVESTMENTS, L.L.C., *Respondent*, v. THOMAS RENZ, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-23040-0, Jay V. White, J., entered April 20, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Webster, JJ.